# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TIMOTHY W. JENKINS, *et al.*, | : | Case No. 3:21-cv-00229 |
| | : | |
| Plaintiffs, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| LAMAR T. SAMUELS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

This matter came before the Court on June 13, 2022 for a Status Conference. Parties orally requested to extend the discovery and dispositive motion deadlines. For good cause shown, the request is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference | August 29, 2022, at 11:00 a.m. |
| Discovery Deadline | September 26, 2022 |
| Dispositive Motion Deadline | October 27, 2022 |

**IT IS SO ORDERED**.

June 17, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge