UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TIMOTHY W. JENKINS,

    Plaintiff,                                Case No. 3:21-cv-229

vs.

LAMAR T. SAMUELS, *et al.,*           District Judge Michael J. Newman
                                                     Magistrate Judge Caroline H. Gentry

    Defendants.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 37); (2) REMANDING THIS MATTER TO THE COURT OF COMMON PLEAS FOR PREBLE COUNTY, OHIO; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. No. 37), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED** in full; (2) this matter is **REMANDED** to the Court of Common Pleas for Preble County, Ohio; and (3) this case is **TERMINATED** on the Court's docket.

      **IT IS SO ORDERED.**

      <u>July 28, 2023</u>                                              <u>s/Michael J. Newman</u>
                                                                                  Hon. Michael J. Newman
                                                                                  United States District Judge